IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**WILLIAM JAMES OLIVER**                                                                                    **PLAINTIFF**

**V.**                            **CASE NO. 5:22-CV-5206**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                        **DEFENDANT**

## ORDER

Currently before the Court is the Report and Recommendation (Doc. 21) of United States Magistrate Judge Christy Comstock, dated November 17, 2023, regarding the Motion for Attorney's Fees (Doc. 17) filed by Plaintiff's counsel. More than fourteen (14) days have passed since the parties' receipt of the Report and Recommendation, and no objections were filed.

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED IN ITS ENTIRETY**.  The Plaintiff's Motion (Doc. 17) is **GRANTED**, and the Court hereby orders that Plaintiff is entitled to compensation under the EAJA for the total amount of **$6,646.00**, which reflects attorney's fees in the amount of $6,244.00 and costs in the amount of $402. This amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future.

**IT IS SO ORDERED** on this 4th day of December, 2023.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE